FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 13, 2022

No. 04-21-00483-CR

Louis Joseph **BENEVENTO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR8973
Honorable Frank J. Castro, Judge Presiding

# O R D E R

The reporter's record was due December 27, 2021. Ms. Hermina Torres is one of the court reporters responsible for filing the reporter's record in this appeal. On January 11, 2022, Ms. Torres filed a notification of late record requesting additional time in which to file the record. Ms. Torres anticipates the record will be filed by February 15, 2022.

The request for additional time is GRANTED and Ms. Torres is **ORDERED** to file the reporter's record **on or before February 15, 2022**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of January, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court